23749

Edward RIVERS, petitioner v. SHADY GROVE PLANTATION and NURSERY, INC., Employer, and Florists Mutual Insurance Company, Carrier, Respondents.

(424 S.E. (2d) 509)

Supreme Court

*William L. Smith, II,* of *Harris and Graves, P.A.,* Columbia, *for petitioner.*

*Grady L. Beard, L. Walter Tollison, III,* and *Amy C. Hendrix,* all of *Nelson, Mullins, Riley & Scarborough,* Columbia, *for respondent.*

Heard Oct. 26, 1992; Decided Dec. 7, 1992.

Reh. Den. Dec. 7, 1992.

## WRIT OF CERTIORARI

*Per Curiam:*

We granted certiorari to review the decision of the Court of Appeals in *Rivers v. Shady Grove Plantation & Nursery, Inc.,* Opin. No. 91-UP-193 (S.C. Ct. App. filed December 10, 1991). After a full review, we now dismiss the writ as improvidently granted.